IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 30 P 2: 50
DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARTHA D. ROGERS )<br>)<br>)<br>)<br>) | CR. NO. 2:05CR314-W<br>(18 U.S.C. 641)<br><br>**INFORMATION** |

The United States Attorney charges:

<u>COUNT</u>

On or about the 21st day of November 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **MARTHA D. ROGERS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF AMERICA )
)    **AFFIDAVIT**
COUNTY OF MONTGOMERY )
)

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 27 November 2005, via closed circuit video monitors, I observed MARTHA D. ROGERS switch a price tag from a 30' sterling silver necklace ($18.99) with a price tag for a 24' sterling silver necklace ($12.99). ROGERS then hung the 24' necklace with the incorrect price tag back on the display. ROGERS put the price tag for the 24' necklace in her pocket. ROGERS put her ornament on the 30' necklace and placed the necklace around her neck. ROGERS subsequently gave her husband the price tag for the 24' necklace. ROGERS' husband then went through the checkout line where he paid $12.99 for the $18.99 necklace. ROGERS left the store. I detained ROGERS in the lobby area and escorted her to the manager's office. Security Forces responded. The necklace that ROGERS was wearing measured at 30'. The price tag that had been paid was marked for a 24' necklace. The total value of all the items she took, but did not pay for, was $18.99.

                                                *[signature]*
                                                ROBERT G. SMITH

Subscribed and sworn to before me this 13th day of December, 2005.

                                                *[signature]*
                                                AUDREY F. GRIFFIN
                                                Notary Public
                                                State of Alabama

                                                          NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                                          MY COMMISSION EXPIRES: July 19, 2009
                                                          BONDED THRU NOTARY PUBLIC UNDERWRITERS