**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CR. NO. 2:05CR314-W |
| | * | |
| **MARTHA D. ROGERS,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF ATTORNEY APPEARANCE-DEFENDANT

COMES NOW Benjamin E. Schoettker and enters his appearance as retained counsel for defendant Martha D. Rogers.

Respectfully submitted this 3rd day of February, 2006.

>s/ Benjamin E. Schoettker
>Benjamin E. Schoettker
>Attorney for Defendant
>Martha D. Rogers
>608 S. Hull Street
>Montgomery, Alabama 36104
>Phone: (334) 834-3444
>Fax:    (334) 262-8897
>bes@barfootschoettker.com
>Bar No. ASB-7648-I72S

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, I personally served the foregoing document upon the following attorneys of record:

Kent Brunson
Neal B. Frazier
Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

    Respectfully Submitted,

    s/ Benjamin E. Schoettker
    Benjamin E. Schoettker
    Attorney for Defendant
    Martha D. Rogers